UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   v.<br><br>PROPERTY AND CASUALTY INSURANCE<br>COMPANY OF HARTFORD,<br><br>     Defendant. | 23-CV-619 (DEH)<br><br><u>NOTICE OF REASSIGNMENT</u> |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize

themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior

orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 10, 2023
   New York, New York

                 DALE E. HO
            United States District Judge