UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

                -against-

PROPERTY AND CASUALTY
INSURANCE COMPANY OF HARTFORD,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**23-CV-619 (DEH) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the reference for settlement in this matter and has been made aware of the desire to hold a settlement conference after the close of fact discovery on August 24, 2024. The Court typically schedules settlement conferences six to eight weeks in advance. In other words, in order to hold a settlement conference in September or early-October, the Parties must schedule such conference in July. Therefore, the Parties are directed to file a joint letter by July 1, 2024, informing the court on whether the parties are ready to schedule the settlement conference.

      SO ORDERED.

DATED:    New York, New York
              May 7, 2024

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge