# Veterans Health Administration

## About VHA

The Veterans Health Administration (VHA) is the largest integrated health care system in the United States, providing care at 1,380 health care facilities, (https://www.va.gov/find-locations/?facilityType=health) including 170 VA Medical Centers and 1,193 outpatient sites of care of varying complexity (VHA outpatient clinics) to over 9.1 million Veterans enrolled in the VA health care program.

Where is the Nearest Medical Center or other Health Care Facility?

Use the Facility Locator (https://www.va.gov/find-locations/?facilityType=health) to find the VA medical facility that will best meet your health care needs using a variety of search methods including using your ZIP code.

Common Medical Center Services

VHA Medical Centers provide a wide range of services including traditional hospital-based services such as surgery, critical care, mental health, orthopedics, pharmacy, radiology and physical therapy.

In addition, most of our medical centers offer additional medical and surgical specialty services including audiology & speech pathology, dermatology, dental, geriatrics, neurology, oncology, podiatry, prosthetics, urology, and vision care. Some medical centers also offer advanced services such as organ transplants and plastic surgery.

Patient Advocates

Available at every medical center, Patient Advocates are highly trained professionals who can help resolve your concerns about any aspect of your health care experience, particularly those concerns that cannot be resolved at the point of care. Patient Advocates listen to any questions, problems, or special needs you have and refer your concerns to the appropriate Medical Center staff for resolution.

Select Publications

VHA 2021 Key Accomplishments (/HEALTH/docs/VHA_2021_Key_Accomplishments.pdf)

20 Reasons Doctors Like Working for VHA (/HEALTH/docs/20ReasonsVHA_508_IB10935.pdf)

VHA Long-Range Plan FY2022-2025

VHA Long-Range Plan (/HEALTH/docs/FY-2022-2025-VHA-Long-Range-Plan.pdf)

VHA Long-Range Plan Framework (/HEALTH/docs/FY2022-2025_VHA_Long_Rang_Plan_Framework.pdf)

VHA Mission

Honor America's Veterans by providing exceptional health care that improves their health and well-being.

## VHA Vision

VA will lead the future in delivering unparalleled health and well-being to our nation's Veterans, and to the nation.

## VHA Leadership

The Under Secretary for Health directs a health care system with an annual budget of approximately $68 billion, overseeing the delivery of care to more than 9.1 million enrolled Veterans. VA, the nation's largest health care system, employs more than 371,000 health care professionals and support staff at 1,380 health care facilities, including 170 VA Medical Centers and 1,193 outpatient sites of care of varying complexity (VHA outpatient clinics).

VHA is the nation's largest provider of graduate medical education and a major contributor to medical and scientific research. More than 25,000 active volunteers, 113,000 health professions trainees, and nearly 16,000 affiliated medical faculty are also an integral part of the VHA community.

## VHA Offices and Programs

A number of offices and programs support VHA.

- VHA Offices (/health/orgs.asp)

- Administrative & Financial Programs (/health/financial.asp)

## VA National Standards of Practice

VA recently affirmed its right under the U.S. Constitution to allow VA health care professionals to operate in every State and to establish national standards of practice. To that end, VA leadership, the Veterans Health Administration and VHA program offices are working to develop these national standards of practice. The VA national standards of practice will be a standardized set of services that all health care professionals in a given occupation can perform if their facility performs such services and they have the proper education, training and skill.

Visit the national standards of practice website for more information and updates: www.va.gov/standardsofpractice (https://www.va.gov/standardsofpractice/).

## Our Providers

The "Our Providers (https://www.accesstocare.va.gov/ourproviders/)" online directory lists the primary licensed independent practice providers who may be a lead, ongoing member of your treatment team at the respective VA medical center. Providers in the following occupations are listed on this website: physicians, dentists, nurse practitioners, clinical nurse specialists, physician assistants, chiropractors, certified registered nurse anesthetists, optometrists, podiatrists, and psychologists.

By using this tool, you will be able to do a search of providers in the occupations listed above based upon your preferences and needs. For each provider, you will see the following: full name; gender; clinical product line to which they are "assigned"; where they received their medical training; and the school from which they received their medical degree. This information will be "refreshed" on a monthly basis. There may be staff who have been hired or who have departed the medical center since the last refresh of information.

For additional information on physicians, we also encourage you to use the "DocInfo" service offered by the Federation of State Medical Boards (FSMB) at http://www.docinfo.org (http://www.docinfo.org). The FSMB website is updated monthly and is a public website to provide information related to any physician who is licensed in any US state, territory, or district.

*From the National Center for Veterans Analysis and Statistics — www.va.gov/vetdata (http://www.va.gov/vetdata/) and the VHA FY16 Annual Report —
https://www.va.gov/HEALTH/docs/VHA_AR16.pdf (https://www.va.gov/HEALTH/docs/VHA_AR16.pdf)*

## Useful Terms

**Healthcare System:** In many areas of the country, several medical centers and clinics may work together to offer services to area Veterans as a Healthcare System (HCS) in an effort to provide more efficient care. By sharing services between medical centers, Healthcare Systems allow VHA to provide Veterans easier access to advanced medical care closer to their homes.

Examples of Healthcare Systems include the VA Pittsburgh Healthcare System which serves the Pittsburgh area of Pennsylvania, and the VA Puget Sound Healthcare System which serves the Seattle and Tacoma areas of Washington state.

**Community-Based Outpatient Clinic:** To make access to health care easier, VHA utilizes Community-Based Outpatient Clinics (CBOC) across the country. These clinics provide the most common outpatient services, including health and wellness visits, without the hassle of visiting a larger medical center. VHA continues to expand the network of CBOCs to include more rural locations, putting access to care closer to home.

**Community Living Center:** Community Living Centers (CLC) are skilled nursing facilities, often referred to as nursing homes. Veterans with chronic stable conditions such as dementia, those requiring rehabilitation or those who need comfort and care at the end of life are served within one of our Community Living Centers*.

**Domiciliary:** VHA Domiciliaries* provide a variety of care to Veterans who suffer from a wide range of medical, psychiatric, vocational, educational, or social problems and illnesses in a safe, secure homelike environment.

**Vet Center:** Vet Centers provide readjustment counseling and outreach services to all Veterans who served in any combat zone. Services are also available for family members dealing with military related issues. VHA operates community based Vet Centers* in all fifty states, the District of Columbia, Guam, Puerto Rico, and the US Virgin Islands.

**Veterans Integrated Services Network:** The U.S. is divided into 18 Veterans Integrated Service Networks (/HEALTH/visns.asp), or VISNs — regional systems of care working together to better meet local health care needs and provides greater access to care.

Cited in Unified Status of Am-Rica & Cas Ins Co of Hartford 23Civ619 Decided 2/25/26 Archived on 2/27/26 This document is protected by copyright. Further reproduction is prohibited without our permission.