MENZ BONNER KOMAR & KOENIGSBERG LLP

ATTORNEYS AT LAW

800 WESTCHESTER AVENUE, SUITE 641-N
TEL: (914) 949-0222 RYE BROOK, NEW YORK 10573 FAX: (914) 997-4117
www.mbkklaw.com

October 13, 2026

Application GRANTED. The parties shall file a status update by no later than November 13, 2026. The Clerk of Court is respectfully directed to close ECF No. 167.

SO ORDERED.

October 14, 2026
New York, New York

Dale E. Ho
United States District Judge

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States of America v. Property and Casualty Insurance Company of Hartford,
*Case No. 23-cv-619 (DEH)*

Dear Judge Ho:

This firm represents defendant and third-party plaintiff Property and Casualty Insurance Company of Hartford ("Hartford") in the above-referenced action. We write jointly, on behalf of all parties, to provide an update regarding the parties' settlement discussions and to request additional time to continue such discussions.

As Your Honor is aware, the Court's February 25, 2026 Opinion and Order directed the parties to meet and confer to resolve any remaining issues and claims. ECF Doc. Nos. 155, 157. Since that time, the parties have continued to meet and confer concerning whether a settlement is possible with respect to the precise amount that the United States of America is entitled to collect from Hartford and for which, in turn, Hartford is entitled to seek indemnity from third-party-defendant Richard Wilson.

Most recently, on September 21, 2026, the Court granted the parties leave to continue settlement discussions and to file a status update by today, October 13, 2026. ECF Doc. No. 166. Since that time, the parties have continued to make considerable progress in their discussions, but have not yet reached a resolution as there is a single remaining issue that requires additional review and approval. Thus, the parties request an extension from today until November 13, 2026, to continue to move towards resolution.

We thank Your Honor for the Court's consideration of this request.

Respectfully submitted,

*Melissa K. Driscoll*

Melissa K. Driscoll